JACKSON v. JACKSON. (Supreme Court, Appellate Division, First Department. February 17, 1905.) Action by Mary F. Jackson against William H. Jackson. No opinion. Motion denied, with $10 costs.

JACOBSON et al., Appellants, v. BROOKLYN LUMBER CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 27, 1905.) Action by Morris Jacobson and Arthur C. Jacobson against the Brooklyn Lumber Company, William E. Verity, and Charles E. Robertson. No opinion. Judgment affirmed, with costs.

JAMES McCREERY & CO., Appellants, v. OPPENHEIM et al., Respondents. (Supreme Court, Appellate Term. February 28, 1905.) Appeal from Municipal Court, Borough of Manhattan, Sixth District. Action by James McCreery & Co. against Albert P. Oppenheim and others. From a judgment for defendants, after a trial before the court without a jury, plaintiffs appeal. Reversed. Gould & Wilkie (Arthur F. Gotthold, of counsel), for appellants. Bandler & Haas, for respondents.

SCOTT, J. Whatever may have been the actual agreement between Sadie Jacobs and the defendants, it was not communicated to plaintiffs.' I think that under the circumstances disclosed by the evidence the defendants are estopped from denying responsibility for the amount sued for. The whole arrangement seems to have been devised with a view to giving Miss Jacobs credit on the faith of her apparent connection with defendants, and yet at the same time to leave an avenue of escape open in case of need. The judgment should be reversed, and a new trial granted, with costs to the appellant to abide the event. All concur.

In re JANTZEN'S ESTATE. (Supreme Court, Appellate Division, First Department. February 10, 1905.) In the matter of Herman H. Jantzen, deceased. A. Gilhooly, for appellant. A. W. Linton, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

JONES, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Athalia Jones against the Brooklyn Heights Railroad Company. No opinion. Motion denied.

JONES, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by George E. Jones against the Brooklyn Heights Railroad Company. No opinion. Motion denied.

JONES, Respondent, v. COLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 15, 1905.) Action by Joseph A. Jones against Stephen R. Cole.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

WILLIAMS and STOVER, JJ., dissent, upon the ground that the justice had no jurisdiction to render the judgment, that the county court had no jurisdiction to order the amendment of the constable's return, and that, even if the county court had such power, the amendment should not have been ordered without imposing such terms and conditions as would have placed the defendant in the situation he was in before the appeal to the County Court was taken.

J. S. APPEL SUIT & CLOAK CO., Appellant, v. BAGGOTT et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 10, 1905.) Action by the J. S. Appel Suit & Cloak Company against Vallandigham B. Baggott and George Ryall.

PER CURIAM. Order reversed, so far as it strikes out the paragraphs of the complaint numbered 2, 7, 8, 9, 10, 11, 12, 16, and parts of paragraphs numbered 14 and 15, and in all other respects affirmed, without costs of this appeal to either party.

KANE v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. February 17, 1905.) Action by James Kane against the Metropolitan Street Railroad Company. No opinion. Motion denied, with $10 costs.

KELSEY, Respondent, v. KELSEY, Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1905.) Action by Cora Kelsey against Arthur J. Kelsey. No opinion. Order affirmed, with $10 costs and disbursements.

KEMP v. KEMP et al. (Supreme Court, Appellate Division, First Department. March 24, 1905.) Action by Arthur T. Kemp against Arthur T. Kemp and another. No opinion. Motion denied.

KENNEDY, Respondent, v. CORNING, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 16, 1905.) Action by James Kennedy against Anna Corning.

PER CURIAM. Motion to dismiss appeal granted, unless the appellant, on or before April 15, 1905, file and serve the printed papers on appeal, as provided by rule 41, in which event said motion is denied; and, in case said printed papers are not served and filed as above provided, upon filing due proof of such default, the respondent may enter an order dismissing said appeal absolutely, with costs, without further notice.

KENNEDY et al., Respondents, v. PLACE et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 27, 1905.) Action by Georgiana Estelle Kennedy and Catherine A. Downing against David H. M. Place and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

JENKS, J., dissents.

KENWORTHY v. DYER et al. (Supreme Court, Appellate Division, First Department.